IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.83.64.114

**ISP:** Optimum Online
**Physical Location:** New Brunswick, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/03/2016 02:39:07 | F615080EA2C4D5436CC4CBBE4022ABF46DDF2134 | Pussy Cat Burglar |
| 03/20/2016 05:37:40 | 5802A76C11244BB1D5528435C4BC26993CEE1883 | Tropical Sexcapades |
| 01/14/2016 21:28:45 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 09/06/2015 02:42:12 | 2A19B9CC9092AC10B844E2C79D2CF7CACEF69991 | Keep Cumming Kylie |
| 05/16/2015 01:13:17 | CE9CC339977826A26FB53BC4676A7C4A9407A5F4 | Midnight Passion |
| 05/15/2015 22:37:15 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 05/15/2015 07:00:24 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 05/15/2015 06:59:45 | 9513294B098CF4F0CF988830EC073902FD443491 | Keep On Cumming |
| 05/15/2015 05:11:32 | D1A210158BD861F65340F87FDDDB5BEA73958272 | Take Your Picture |
| 05/15/2015 03:45:06 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 05/15/2015 02:12:45 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 05/14/2015 23:14:09 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 05/14/2015 21:28:56 | 9A767719C4D86955B40E4B25512B23C282A10973 | Competition |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ622