# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.83.64.114,<br><br>　　　　Defendant. | Case No. 2:17-cv-01271-SDW-SCM |

### ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFEDANT JOHN DOE

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant John Doe With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have an additional forty-five (45), up to and including October 30, 2017, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2017.

By: _____
**UNITED STATES DISTRICT JUDGE**

1