## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.83.64.114,<br><br>Defendant. | Case No. 2:17-cv-01271-SDW-SCM<br><br>[D.E. 11] |

### ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFEDANT JOHN DOE

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant John Doe With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have an additional ~~forty-five (45)~~ fourteen (14), up to and including ~~October 30~~ September 28, 2017, to effectuate service of a summons and Complaint upon Defendant.

[Handwritten annotation: FOR ANY FUTURE MOTIONS FOR EXTENSION, PLAINTIFF MUST PROVIDE ADEQUATE REASONS WHY IT HAS FAILED TO SERVE DEFENDANT]

SO ORDERED this 15 day of September, 2017.

By: _____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE
STEVEN C. MANNION

1