# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**STEVEN C. MANNION**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 645-3827 |

September 29, 2017

### LETTER ORDER

Re:   **Malibu Media, LLC v. John Doe subscriber assigned IP address 67.83.64.114**
      **Civil Action No. 17cv1271 (SDW)(SCM)**

Dear Litigants:

This matter comes before the Court in connection with Plaintiff Malibu Media's Motion for Leave to Identify Defendant by Name.[1] Malibu Media received the John Doe Defendant's identifying information from the Defendant's internet service provider, Optimum Online, on May 31, 2017.[2] The Defendant has not been served in this case, and Malibu Media argues that any proposed summons "would include Defendant's true identity and be filed on the public docket."[3] Malibu Media therefore seeks leave to "file an amended complaint to name the Defendant" and "to serve the named Defendant with the Amended Complaint."[4]

**IT IS on this 29th day of September, 2017**

**ORDERED** that, on or before October 6, 2017, Malibu Media shall send a copy of the its Motion for Leave to Identify the Defendant, as well as a copy of this Order, by overnight courier,

---

[1] (ECF Docket Entry No. ("D.E.") 10).

[2] (D.E. 8, Second Mot. for Ext., ¶¶2-3).

[3] (D.E. 13, Fourth Mot. for Ext., ¶5).

[4] (D.E. 10, 1-2).

to the Defendant at the address provided by Optimum Online. Malibu Media shall electronically file a Certification of Service, under seal, confirming compliance with this Order. That Certification of Service shall remain sealed pending resolution of the Motion for Leave to Identify Defendant by Name; and it is further

**ORDERED** that the Defendant may file a response to Malibu Media's motion on or before October 25, 2017. Any such response will not be deemed a waiver of any jurisdictional defenses. The Defendant is advised that if he/she fails to timely file such a response, the Court may grant Malibu Media's motion as unopposed.

**IT IS SO ORDERED**.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

9/29/2017 1:40:57 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File