## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No. 2:17-cv-01271-SDW-SCM |
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 67.83.64.114, | |
| Defendant. | |

### ORDER ON PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted. Plaintiff shall have until October 30, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 29th day of September, 2017

By: _____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

1