UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 67.83.64.114, <br><br> Defendant. | Case No. 2:17-cv-01271-SDW-SCM |

**ORDER ON PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Fifth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 29, 2017 to effectuate service of a summons and complaint on Defendant; it is FURTHER ORDERED that Plaintiff's motion to amend the complaint (D.E. 10) is granted.

SO ORDERED this 7th day of November, 2017

By: _____
UNITED STATES MAGISTRATE JUDGE
STEVEN C. MANNION
17-1271

1