## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE  11/22/2017 at 1:42 pm |
| --- | --- |
| NAME OF SERVER (PRINT)  ELVIN NEGRON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __SOL TORREL WAS SERVED AT 419 LIVINGSTON AVENUE, APT. 2FL, NEW BRUNSWICK, NJ 08901__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☐ Other (specify) :__APPROXIMATE DESCRIPTION OF RECIPIENT:__
__White Male, Age 30's, Hair Blonde, Height 6'0, Weight 160lbs, glasses__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/22/2017
Date

Signature of Server
7 ESSEX LANE
OLD BRIDGE, NJ 08857
Address of Server

DOCUMENTS TO BE SERVED:
1) SUMMONS
2) AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
3) EXHIBITS
4) OREDER ON PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102