Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOL TORREL,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01271-SDW-SCM<br><br>**ENTRY OF DEFAULT** |

It appearing that the Complaint was filed in this case on February 24, 2017; that the Amended Complaint was filed on November 16, 2017; that the summons and Amended Complaint were duly served upon Defendant, Sol Torrel on November 22, 2017 and no answers or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Sol Torrel as provided in Rule 55(a), Federal Rules of Civil procedure.

By: *[signature]* 12-28-17
　　　Deputy Clerk